IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     Plaintiff-Appellee,     ) | |
|          ) | |
| vs.     ) | RECORD NO. 13-4624 |
|          ) | |
| NAQUAN HUMPHREY,     ) | |
|     Defendant-Appellant.     ) | |
| _____) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND APPENDIX

Comes now your Appellant, NAQUAN HUMPHREY, by and through the undersigned counsel, and respectfully requests an extension of time in which to file the Brief of Appellant and Appendix. In support of this Motion, counsel presents the following:

1. The Brief of Appellant and Joint Appendix are currently due on or before December 5, 2013.

2. This is Appellant's first request for an extension of time.

3. The Appellant is currently being housed in United States Penitentiary (USP) Atwater, located in California.

4. Counsel for Appellant needs additional time to communicate with the appellant and otherwise research and pursue an additional appellate issue.

5. Counsel for Appellant is also responsible for an additional pending Federal Appeal (U.S. v. Maldonado, 13-4469) in addition to everyday caseload.

6. Counsel for the Appellant requests that the due date for the Brief of Appellant and Joint Appendix be extended to at least January 4th, 2013.

7. Counsel for the Appellee has been consulted as to the filing of this Motion and has authorized the undersigned to represent that there will be no objection to the relief requested herein.

8. This Motion is made in good faith and not for the purpose of delay.

In light of the foregoing, Appellant requests an extension of time in which to prepare and file the Brief of Appellant and Appendix.

This the 22nd day of November, 2013.

Respectfully submitted,

/s/ R. Clarke Speaks
Attorney for Defendant
Speaks Law Firm
2808 Market Street
Post Office Box 2823
Wilmington, NC 28402
(910) 341-7570
Fax (910)-341-7571
Clarke@speakslaw.com
State Bar No. 24538

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013 a copy of the foregoing **Unopposed Motion for Extension of Time to File Brief of Appellant and Appendix** has been served upon Counsel for the Appellee via the Court's ECF System:

> Jennifer May-Parker, Assistant United States Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> Federal Building
> 310 New Bern Avenue, Suite 800
> Raleigh, North Carolina 27601
> (919) 856-4530

/s/ R. Clarke Speaks
Attorney for Defendant
Speaks Law Firm
2808 Market Street
Post Office Box 2823
Wilmington, NC 28402
(910) 341-7570
Fax (910)-341-7571
Clarke@speakslaw.com
State Bar No. 24538